# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RANDY J. THIBODEAUX, JR. AND
MONICA THIBODEAUX

VERSUS

ALLSTATE INSURANCE COMPANY,
ARNOLD G. LANZA, DAILY
EQUIPMENT COMPANY AND THE
INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA

NO.  2019 CW 0275

JUL 2 2 2019

---

In Re:   National Union Fire Insurance Company of Pittsburgh,
applying for supervisory writs, 32nd Judicial District
Court, Parish of Terrebonne, No. 153552.

---

**BEFORE:   McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.**

**WRIT DENIED.**

PMc
TMH
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT